Allan J. Graf, Cal. State Bar No. 057148
CARLSMITH, BALL LLP
444 South Flower Street
Los Angeles, California 90071
Tel: (213) 955-1200
Fax: (213) 623-0032
E-mail agraf@carlsmith.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Fresno Division

| | |
|---|---|
| SOVEREIGN MILITARY HOSPITALLER ORDER OF SAINT JOHN OF JERUSALEM OF RHODES AND OF MALTA,<br><br>Plaintiff,<br><br>-against-<br><br>THE KNIGHTS OF MALTA, YOSEMITE CHAPTER [an unincorporated association pursuant to Cal. Corp. Code §18035(a)],<br><br>Defendant. | Civil Action No. : _____<br><br>COMPLAINT |

Plaintiff, Sovereign Military Hospitaller Order of Saint John of Jerusalem of Rhodes and of Malta ("Plaintiff" or "Order"), for its complaint against Defendant, The Knights of Malta, Yosemite Chapter, a California unincorporated association pursuant to Cal. Corp. Code §18035(a) ("Defendant"), alleges upon personal knowledge for its own acts and upon information and belief with respect to all other matters, as follows:

**JURISDICTION AND VENUE**

1. This is an action for service mark infringement, false designation of origin, unfair competition, and deceptive acts and practices. This court has jurisdiction over the subject matter

of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and (b), in that this is an action for federal trademark infringement under 15 U.S.C. § 1114 and for false designation of origin under 15 U.S.C. § 1125(a). The court also has supplemental jurisdiction over the state law claims asserted herein under 28 U.S.C. § 1367(a).

2. Personal jurisdiction and venue are proper in this Judicial District. Defendant resides in this District. Also, Defendant has transacted and purportedly is transacting business in this District, which has given rise to the claims in this lawsuit. Defendant has infringed Plaintiff's registered service marks, and committed acts of unfair competition causing injury to Plaintiff within this District.

## PLAINTIFF

3. Plaintiff was founded in the eleventh century in Jerusalem to provide care to poor and sick pilgrims to the Holy Land. Plaintiff has also been known for hundreds of years and is known today as, inter alia, the "Knights of Malta," the Order of Malta," the "Sovereign Order of Malta," the "Sovereign Military Order of Malta" and the "Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta."

4. **Brief History of the Order and the Knights of Malta**

(a) In 1048, the foundation of the Order was the monastic community known as the Hospitallers of St. John of Jerusalem that was led in 1099 by the Blessed Gerard, who was the first Grand Master (founder and leader) of the Order. The Knights Hospitallers of St. John of Jerusalem cared for the pilgrims, the poor and sick, without regard to race or religion, as they have done ever since. In 1113, the Papal Bull of Pope Pascal II founded the religious Order of St. John of Jerusalem under the protection of the Holy See (The Vatican). With the responsibilities

of military defense of the sick and the Christian territories, the Order evolved into both a religious and military chivalric Order.

(b)     In 1310, in Rhodes, the Order became recognized as a sovereign state under international law. The Order remained in Rhodes until 1523, when the Turks occupied Rhodes.

(c)     In 1530, the Order became sovereign over the Island of Malta, whereupon the Order also became known as "The Knights of Malta." In 1565, it defended the Island of Malta from an invasion by the Turks.

(d)     With the encouragement of the Order, over 1,800 Knights and Maltese sailors enlisted in the French navy with the specific purpose of assisting the American Independence from the British. In 1783 Benjamin Franklin in his capacity as U.S. Ambassador to France, designed and had minted the United States' first medal, entitled "Libertas Americana." This medal was presented to the Order by Benjamin Franklin in recognition of Plaintiff's assistance to the United States in its war of independence.

(e)     The eight-pointed white cross has been used by the Order for hundreds of years as its primary symbol of origin and is registered by the Order with incontestable status, U.S. Registration No. 2,799,898 (known as "The Maltese Cross").

(f)     In 1834, the Order returned to the jurisdiction of the Papacy which led to ultimate resettlement in Rome. Its leader, the Grand Master of the Order, is Sovereign Prince and has the rank of a Cardinal in the Roman Catholic Church.

(g)     The original Hospitaller mission of service to the poor and the sick is its primary activity, and the Order remains a major international Catholic charitable and hospitaller organization, serving the needs of all faiths and nationalities. For example, it provided major assistance in the relief of Europe after both World Wars.

(h)     Today, there are approximately 15,000 Knights and Dames (women members); 80,000 volunteers and 11,000 doctors, nurses and healthcare professionals working in 200 hospitals, emergency relief and ambulance corps and providing care for at least seven million persons in 110 countries.

(i)     In 1926 an American Association of the Order was established in New York. This was followed by the establishment of the Western Association in 1953 in San Francisco and the Federal Association in 1974 based in Washington, DC. There are over 3,000 Knights and Dames serving in the United States.

5.     Plaintiff is recognized as a sovereign entity under international law, having diplomatic relations with 110 countries. It is a Permanent Observer at the United Nations and is a member of its Special Agencies the United Nations Educational, Scientific and Cultural Organization (UNESCO), the Office of the United Nations High Commissioner for Refugees (UNHCR), the Office of the United Nations High Commissioner for Human Rights (OHCHR), the United Nations Industrial Development Organization (UNIDO), the International Atomic Energy Agency (IAEA), the World Health Organization (WHO), and the World Food Program (WFP). It also has delegations or representations to international organizations including the European Community, the Council of Europe in Strasbourg, France, the Inter-American Development Bank (IDB) in Washington, D.C., the International Institute of Humanitarian Law in Geneva, Switzerland, the International Institute for the Unification of Private Law (UNIDROIT) in Rome, Italy, the International Committee of Military Medicine (ICMM) in Brussels, Belgium, the International Federation of Red Cross and Red Crescent Societies of Geneva, the International Committee of the Red Cross (ICRC) in Geneva, the International

Organization for Migration (IOM) in Geneva, and the Union Latina in Santo Domingo, Dominican Republic and Paris, France.

6. Plaintiff's principal place of business, which has extraterritorial status by agreement with the Italian Republic, is located at Via Condotti 68, I – 00187, Rome, Italy.

7. Plaintiff has members residing in this Judicial District who are devoted to serving the poor and sick and to supporting local, national and international charitable activities.

8. Consistent with its 900-year tradition, Plaintiff operates and financially supports facilities and services for the poor and sick in this Judicial District and elsewhere in the United States.

9. Since at least as early as 1926, the Order has continuously owned and used and now owns and uses the service mark KNIGHTS OF MALTA to identify, advertise and promote its charitable and religious services in the United States. (the "KNIGHTS OF MALTA Mark"), The KNIGHTS OF MALTA Mark has been in use by the Order worldwide for hundreds of years.

10. On November 18, 2003, the Order registered the KNIGHTS OF MALTA Mark as a service mark on the Principal Register in the United States Patent and Trademark Office for use in connection with "charitable services, namely, fund raising for and providing grants to domestic and international humanitarian, hospitaller, medical, religious, and diplomatic causes." At all times relevant to the claims alleged herein, U.S. Registration No. 2,783,934 has been and remains in full force and effect and the exclusive property of the Order. A true and correct copy of U.S. Registration No. 2,783,934 is attached hereto as Exhibit 1.

11. The Order has used in commerce and owns the following additional United States registered service marks, among others, for charitable services and charitable fund raising services:

A. KNIGHTS OF MALTA, Registration No. 2,783,934 (*see* Exhibit 1 hereto).

B. The Maltese Cross (design mark), Registration No. 2,799,898 (*see* Exhibit 2 hereto). The Maltese Cross has incontestable status.

C. ORDER OF MALTA, Registration No. 2,799,899 (*see* Exhibit 3 hereto). The ORDER OF MALTA has incontestable status.

D. SOVEREIGN ORDER OF MALTA, Registration No. 2,790,640 (*see* Exhibit 4 hereto).

E. SOVEREIGN MILITARY ORDER OF MALTA, Registration No. 2,799,897 (*see* Exhibit 5 hereto).

F. SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, Registration No. 2,783,933 (*see* Exhibit 6 hereto).

12. The foregoing registered service marks (the "Marks") are associated with Plaintiff by reason of their longstanding use by Plaintiff and its authorized licensees to promote Plaintiff's services.

**DEFENDANT**

13. Defendant and its officers and associates have no affiliation with the Order but without authorization have traded on the Order's name, service marks and identity in order to confuse members of the public and to solicit funds to the detriment of the Order and in derogation of its charitable works.

14. Defendant is a California unincorporated association pursuant to Cal. Corp. Code §18035(a) by reason of the fact that Defendant is "an unincorporated group of two or more persons joined by mutual consent for a common lawful purpose, whether organized for profit or not."

15. Defendant presently maintains a website under the name of "Knights of Malta, Yosemite Chapter" at http://www.kofmfresno.com. (*see* Exhibit 7 hereto). On its website, Defendant identifies "Kevin C" as its "President," "Paris N" as its "Vice President," "Robert C" as its "Treasurer" and "Rick L" as its "Secretary" for the period "2008 - 2009." On information and belief, "Kevin C" is Kevin T. Caldwell and "Paris N" is Paris Nicole.

16. Defendant calls itself "Knights of Malta, Yosemite Chapter" and is using and displaying KNIGHTS OF MALTA (the "Infringing Mark") to identify, advertise and promote a "gay levi/leather social club."

17. The Infringing Mark is identical to the Order's registered KNIGHTS OF MALTA Mark. Defendant has not obtained or sought permission from the Order to use the Infringing Mark or any variation of the Order's Marks for any purpose whatsoever.

18. On information and belief, Defendant has intentionally and knowingly used, and continues to use the Infringing Mark for the purpose of trading off the Order's reputation and goodwill associated with the KNIGHTS OF MALTA Mark for the purpose of causing confusion, mistake or deception as to the sponsorship of Defendant's services.

19. Defendant also uses on its website and other promotional materials the Maltese cross, a symbol which has developed in its modern form by Plaintiff for its own exclusive use for hundreds of years.

20. Defendant has used the Infringing Mark and false designations of origin to solicit charitable contributions from unwitting members of the public, causing them to contribute funds to what they were led to believe were charitable causes sponsored by Plaintiff.

21. Plaintiff has demanded that Defendant cease and desist from further use or display of the Infringing Mark and other references to Plaintiff, but Defendant has refused to comply.

## FIRST CLAIM FOR RELIEF

### (Violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114)

22. Plaintiff repeats and realleges herein the allegations of paragraphs 1-21 of this Complaint.

23. Defendant's unauthorized use of the Infringing Mark infringes Plaintiff's KNIGHTS OF MALTA Mark and other Marks. Defendant's use of the use of the Infringing Mark creates a likelihood of confusion as to the origin of the services offered by Defendant and whether it is associated with or endorsed by Plaintiff.

24. Defendant's acts violate Section 32 of the Lanham Act, 15 U.S.C. § 1114.

25. On information and belief, Defendant has intentionally and knowingly used, and continues to use the Infringing Mark for the purpose of trading off the Order's excellent reputation and deceiving the public as to the origin of Defendant's services.

26. Defendant's acts have damaged Plaintiff.

27. Unless restrained and enjoined, Defendant's conduct has caused, and will continue to cause Plaintiff great and irreparable harm. Plaintiff does not have an adequate remedy of law.

28.     Plaintiff is entitled to recover its reasonable attorneys' fees and costs as an exceptional case within the meaning of the Lanham Act, 15 U.S.C. § 1117(a).

## SECOND CLAIM FOR RELIEF

### (Violation of Section 43(a) of the Lanham Act,

### 15 U.S.C. § 1125(a))

29.     Plaintiff repeats and realleges herein the allegations of paragraphs 1-21 of this Complaint.

30.     Defendant's use of "The Knights of Malta" as part of its name and its use of the Maltese cross constitute false designations of origin in violation of the rights of Plaintiff. Defendant's conduct has caused actual confusion and creates a likelihood of confusion with Plaintiff as to the origin and affiliation of Defendant and the sponsorship of its activities.

31.     Defendant's acts violate Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

32.     Defendant's acts have damaged Plaintiff.

33.     Unless restrained and enjoined, Defendant's conduct has caused, and will continue to cause Plaintiff great and irreparable harm. Plaintiff does not have an adequate remedy of law.

34.     Plaintiff is entitled to recover its reasonable attorneys' fees and costs as an exceptional case within the meaning of the Lanham Act, 15 U.S.C. § 1117(a).

## THIRD CLAIM FOR RELIEF

### (Common law unfair competition)

35.     Plaintiff repeats and realleges herein the allegation of paragraphs 1-21 of this Complaint.

36. By reason of the foregoing, Defendant has engaged in unfair competition under the common law.

37. Defendant's acts have damaged Plaintiff.

38. Unless restrained and enjoined, Defendant's conduct has caused, and will continue to cause, Plaintiff great and irreparable harm. Plaintiff does not have an adequate remedy of law.

## FOURTH CLAIM FOR RELIEF

### (Violation of the California Unfair Competition Law, Cal. Bus. & Prof. Code §§17200 et seq.)

39. Plaintiff repeats and realleges herein the allegation of paragraphs 1-21 of this Complaint.

40. By reason of the foregoing, Defendant has engaged in unlawful and unfair business acts or practices within the meaning of the California Unfair Competition Law, Cal. Bus. & Prof. Code, §§17200 et seq. Defendant has sought to mislead consumers into making charitable contributions by falsely suggesting that Defendant is authorized by or affiliated with Plaintiff.

41. Defendant's acts have damaged Plaintiff.

42. Unless restrained and enjoined, Defendant's conduct has caused and will continue to cause Plaintiff great and irreparable harm. Plaintiff does not have an adequate remedy of law.

43. Plaintiff is entitled to recover its reasonable attorney's fees and costs pursuant to Cal. Code of Civ. Pro. §1021.5 upon proof that Plaintiff has acted in the public interest and conferred a "significant benefit" on the general public or a large class of persons.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. Preliminarily and permanently enjoining Defendant, and each of its officers, directors, members, representatives, agents, affiliates and licensees, and all others acting in concert with them, from using the KNIGHTS OF MALTA MARK or any of the Marks as a trademark, trade name, corporate name or service mark or as a component of any trademark, trade name, corporate name or service mark;

2. Awarding the Plaintiff its damages as may be established upon the trial of this action;

3. Awarding Plaintiff its reasonable attorneys' fees and the costs of suit incurred herein; and

4. Granting Plaintiff such other and further relief as to the court deems just and proper.

Dated: May 12, 2009

Respectfully submitted,

*[signature]*

Allan J. Graf (Cal. SB no. 057148)
CARLSMITH BALL, LLP
Attorneys for Plaintiff
Sovereign Military Hospitaller Order of Saint John of Jerusalem of Rhodes and of Malta