# CIVIL COVER SHEET

sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the
(SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| IFFS | DEFENDANTS |
|---|---|
| itary Hospitaller Order of St. John of Jerusalem of Rhodes | Knights of Malta, Yosemite Chapter |
| Residence of First Listed Plaintiff    Rome, Italy | County of Residence of First Listed Defendant    Fresno |
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
|  | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCA LAND INVOLVED. |
| Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
| af (Cal. State Bar no 057148 |  |
| all, LLP |  |
| er Street, 9rh Flr., LA CA 90071 |  |

| JURISDICTION   (Place an "X" in One Box Only) | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" |
|---|---|
|  | (For Diversity Cases Only)                and One B |
|  | PTF   DEF |
| ☒ 3  Federal Question | Citizen of This State    ☐ 1   ☐ 1   Incorporated or Principal Place |
|    (U.S. Government Not a Party) |    of Business In This State |
|  |    (unincorporated associat |
| ☐ 4  Diversity | Citizen of Another State    ☐ 2   ☐ 2   Incorporated and Principal Place |
|   (Indicate Citizenship of Parties in Item III) |    of Business In Another State |
|  | Citizen or Subject of a    ☐ 3   ☐ 3   Foreign Nation |
|  | Foreign Country |

OF SUIT  (Place an "X" in One Box Only)

| TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTH |
|---|---|---|---|---|
| PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 Sta |
| ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 An |
| ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure |    28 USC 157 | ☐ 430 Ban |
| Liability | ☐ 365 Personal Injury - |    of Property 21 USC 881 |  | ☐ 450 Cor |
| ument | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Dep |
| erpayment | ☐ 320 Assault, Libel & | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Rac |
| f Judgment | Slander | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Cor |
| ☐ 330 Federal Employers' | Liability | ☐ 660 Occupational | ☒ 840 Trademark | ☐ 480 Cor |
| faulted | Liability | PERSONAL PROPERTY | Safety/Health |  | ☐ 490 Cab |
| ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 810 Sel |
| ☐ 345 Marine Product | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Sec |
| erpayment | Liability | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exc |
| nefits | ☐ 350 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Cus |
| uits | ☐ 355 Motor Vehicle | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 1 |
| Product Liability | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Oth |
| t Liability | ☐ 360 Other Personal |  | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Ag |
| Injury | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Eco |
| RTY | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 En |
| tion | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 En |
| jectment | ☐ 443 Housing/ | Habeas Corpus: | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Fre |
| Accommodations | ☐ 530 General |  | 26 USC 7609 | Act |
| ability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900App |
| Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | Un |
| Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - |  | to J |
| ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee |  | ☐ 950 Co |
| Other |  | ☐ 465 Other Immigration |  | Sta |
| ☐ 440 Other Civil Rights |  | Actions |  |  |

(Place an "X" in One Box Only)

☐ 2  Removed from State Court    ☐ 3  Remanded from Appellate Court    ☐ 4  Reinstated or Reopened    ☐ 5  Transferred from another district (specify)    ☐ 6  Multidistrict Litigation    ☐ 7