EXHIBIT 1

# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are part of this certificate.

This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.



Director of the United States Patent and Trademark Office

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,783,934
Registered Nov. 18, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

### KNIGHTS OF MALTA

SOVEREIGN MILITARY HOSPITALLER ORDER OF SAINT JOHN OF JERUSALEM OF RHODES AND OF MALTA (MALTA SOVEREIGN NATION AND RELIGIOUS ORDER OF THE ROMAN CATHOLIC CHURCH)
VIA DEI CONDOTTI 68
ROME, ITALY I-00187

FOR: CHARITABLE SERVICES, NAMELY, FUND RAISING FOR AND PROVIDING GRANTS TO DOMESTIC AND INTERNATIONAL HUMANITARIAN, HOSPITALLER, MEDICAL, RELIGIOUS, AND DIPLOMATIC CAUSES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1535; IN COMMERCE 12-31-1926.

SER. NO. 76-446,061, FILED 9-3-2002.

CHRIS WELLS, EXAMINING ATTORNEY