EXHIBIT 7

Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 2 of 28

# Welcome to the on-line home of...



## The Knights of Malta, Yosemite Chapter

*Logos 1979, 2004, web content and design 2001-2008 by Knights of Malta Yosemite Chapter. Comments? Email the webmaster*

Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 3 of 28



# The Knights of Malta - Yosemite Chapter

**History    Events    Members    Gallery**          **Bylaws    Forms    Links    Titleholders**

MISSION STATEMENT

The primary objectives and purposes of the Knights of Malta Yosemite Chapter shall be:

- A levi/leather charitable social club to serve as a community support group for the gay and lesbian community;
- To further the knowledge and understanding of all others through both formal and informal social events of a common interest;
- To express our caring and giving attitude by working with other community groups and organizations by supporting community projects and functions by conducting and/or assisting in community fund raising;
- It is also the purpose of the Knights of Malta to promote a caring friendship between fellow Knights and other individuals with similar interests.

The principal office of the Knights of Malta, Yosemite Chapter for the transaction of business is located in *Fresno, California.*

Central California Leatherfest 2008 results announced! Click on the poster below!

See more events



Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 4 of 28



# Knights of Malta
# Yosemite Chapter

### invite everyone to...

## MR. & MS. CENTRAL CALIFORNIA LEATHER;
## CENTRAL CALIFORNIA BOOTBLACK;
## LEATHER GIRL & BOY; LEATHER KING & QUEEN

## JULY 11 - 13th, 2008
### in Fresno, California

### SCHEDULE OF EVENTS:

| Friday 7/11 | Saturday 7/12 | Sunday 7/13 |
|---|---|---|
| 7pm - 12am | 6pm | 1pm - 5pm |
| MEET & GREET | SPAGHETTI DINNER | LEATHER & UNIFORM |
| (free?) | & CONTEST | POOL PARTY & BBQ |
| & BEVERAGE BUST | $10 | |
| (optional $5 buy-in) | | $10 admission |
| | Raffle with prizes | Includes food |
| @ the Den | | |
| 4538 E Belmont | Entertainment | Drink specials |
| | | |
| BDSM / leather demos | @ the Red Lantern | No host bar |
| | 4618 E Belmont | |
| Food hosted by the | | 5145 E. Washington Ave |
| Golden State Bears | | (near Belmont & Peach) |

## www.KofMfresno.com
## (559) 355-6163





## SEE RESULTS AND PHOTOS FROM THE WEEKEND!

# The Knights of Malta - Yosemite Chapter



**History    Events    Members    Gallery                    Bylaws    Forms    Links    Titleholders**

### Abbreviated History of the Order of the Knights of Malta



The Knights have a long and respected history of charitable works. With 8500 members in more than 60 countries, the order is more active and widespread than at any time in its 900 year history. Based on the fundamental principles of knighthood, the eight-pointed cross of the Hospitallers serves as a symbol for international peace and charity in a tumoltous world.

The order of Saint John of Jerusalem, of Rhodes, and of Malta upheld the chivalrous codes of Christianity in it: care of the sick and homeless, the protection of the weak and defenseless, and the belief in regarding womanhood with romantic devotion and respect, without whom civilization and progress would not be possible.

Determined that their headquarters would be in Cypress, the order built a hospital on the road to Jerusalem. This was done because those places associated with the life and death of Christ were revered and honored, and succeeding generations would wish to visit. The order was secure in Europe with and holdings, homes and secure incomes that would preserve them, monetarily, for centuries.

Out of a turbulent period emerged the two orders of St. John, the Hospitallers and the Templars. The Hospitallers had their main goal firmly set and held to their vows to be servants to the sick. The Templars, after some unsuccessful raids on Palestine in 1300s, were summoned before King Philip of France in 1307. They were charged with the serious crimes of blasphemy and heresy. The charges centered on the Templars' initiation ceremony, where the candidate was asked to deny Christ three times, spit on the cross three times, and to give a triple kiss to the officer that had admitted them: once on the buttocks, once on the genitals and once on the mouth. They were accused of homosexual practices, all these charges however will never be resolved .

### History of the Knights of Malta, Yosemite Chapter



Like this legendary order of St. John, the Knights of Malta is an adult social club that is dedicated to community service and having a good time while doing it. We were formed in 1972 by Marshall C. in Seattle and since have welcomed many new chapters.

The Knights of Malta, Yosemite Chapter is a local gay levi/leather social club, one chapter of - currently - three (Jet Chapter - Seattle; Yosemite Chapter - Fresno; Dogwood Chapter - Vancouver B.C.) Our purposes are to be a levi/leather, social - charitable men and women's club (originally beginning as a men's club only), each chapter working for the charity of their choice in their respective city. Chapters have been closed in the past for lack of giving to charity. Each chapter must also be incorporated in their respective states. Our charity in Fresno has been C.V.A.T. The Knights have donated to the R.A.S. house refrigerator fund, and the C.V.A.T./L.A.M.P. project; Saint Agnes Medical Center Golf Tournament; Mother's Day AIDS Run; Holy Cross, and others.

The Yosemite chapter - Knights of Malta was began as the Central Valley Motorcycle Club (CVMC) Chapter of the Knights of Malta in 1981 and has transformed several times over the years into the club it is today. Virgil Wigley, owner of the Red Lantern has been a sponsor since the inception of the club and is an honorary member. The founding members of our chapter were Gene Divine and Lee Bettinger.

In the past, once each year, and lately every two years, all chapters would meet in a different K of M city for our convention or "Assembly". It is a weekend of parties, shows, brunches, tours, etc., all open to the public except for one meeting of all chapters to discuss our problems - International Charter: what each chapter is doing for their part as a charitable club and things of that nature. Assembly is always held over the Labor Day weekend. When there's no Assembly, the clubs

By order of the king all property and possessions of the Templars were given over to the Hospitallers, including the ownership of the state of Rhodes.

meet in different cities (even those without K of M chapters!) for a more informal Gathering.

Since its conception the sovereign military and hospitaller order of St. John of Jerusalem, of Rhodes, and of Malta have upheld their charter, always remaining the suppliers of aid in time of disaster and conflict. This includes both world wars, the Korean conflict and Vietnam conflict, often being imprisoned and killed but supplying medical help to both sides without question.

### *History of the Knights of Malta chapters*

- 1972 - current **Jet Chapter** (Seattle WA) *est. May 1972*

- 1972 – 1980    Black Rose (Portland OR) *est. July 1972*

- 1974 – 2001    Western (Reno NV)

- 1975 – 1979    49er's (San Francisco CA)

- 1975 – 1994    Stockman (Denver CO)

- 1976 – 1979    Nanook (Anchorage AK)

- 1979 – 1987    Empire (Spokane WA)

- 1980 - current  **Dogwood** (Vancouver BC)

- 1981 – 1988    Central Valley MC (Fresno CA) *changed name to Sun Chapter in 1988*

- 1981 – 1994    Beehive (Salt Lake UT)

- 1981 – 1996    Cascade (Portland OR)

- 1985 – 1987    Pony Express (Sacramento CA)

- 1988 – 1990    Sun (Fresno CA) *changed name to Yosemite Chapter in 1990*

- 1990 - current  **Yosemite** (Fresno CA)

- 1992 – 2000    Cable Car (San Francisco CA)

- 1994 – 2000    Mother Lode (Modesto CA)

### *History of the Knights of Malta Assemblies*

- 1976 Denver CO
- 1977 Seattle WA
- 1978 Reno NV
- 1979 Portland OR
- 1980 Seattle WA
- 1981 Spokane WA
- 1982 Denver CO
- 1983 Vancouver BC
- **1984 Fresno CA**
- 1985 Portland OR
- 1986 Salt Lake City UT
- 1987 Reno NV
- 1988 Seattle WA
- 1989 Denver CO
- 1990 Vancouver BC
- **1991 Fresno CA**
- 1992 Portland OR
- 1993 Reno NV
- 1994 San Francisco CA
- 1995 Seattle WA
- 1996 Modesto CA
- **1998 Fresno CA**
- 1999 Reno NV (Gathering)
- 2000 Seattle WA
- **2001 Fresno CA (Gathering)**
- 2002 Vancouver BC
- 2003 Reno NV (Gathering)
- **2004 Fresno CA**
- 2005 Portland, OR (Gathering)
- 2006 Seattle, WA
- 2007 cancelled
- 2008 Reno, NV (Gathering)

### *History of the Founders' Award*

Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 7 of 28

In 1992 the founding members (now late) Gene Divine and Lee Bettinger establish the Award for Most Valuable Member of Fresno Knights of Malta. The award is given out annually by then-stepping-down President, if he/she feels someone deserved that honour in the year past.

The recipients of the award include:

- 1992-3 **Royce Brooner**

- 1993-4 **Jon Pace**

- 1994-5 **Tom Close**

- 1995-6 **Loretta Moran**

- 2000-1 **Johnny Orosco**

- 2001-2 **Kirk C.**

- 2003-4 **Kirk C.**

- 2004-5 **Sam Cisneros**

- 2005-6 **Greg Lucas**

- 2006-7 **Paris Nicole**

- 2007-8 **Robert Griffin**



*Kirk receiving the award in 2002*



*Paris receiving the award from Kevin in 2007*



*Kevin presenting Kirk with the award in 2004*



# The Knights of Malta - Yosemite Chapter

**History  Events  Members  Gallery          Bylaws  Forms  Links  Titleholders**

### *Calendar for second half of 2008*

| | |
|---|---|
| Saturday 7/19 - 7pm-11pm | Imperial Dove Court show + beverage bust HOSTED BY Knights of Malta; @ the Den, 4538 E. Belmont Ave, Fresno - www.denfresno.com |
| Monday 7/21 - 6:30pm | Dinner & Club Meeting @ Carrows, 4280 N. Blackstone Ave, Fresno |
| Friday 7/25 - 9pm-midnight | Beer Bash: "Psycho Beach Party" at the Red Lantern, 4618 E. Belmont Ave, Fresno |
| Friday 8/15 - 7pm-11pm | Golden State Bears meet & greet for Bear Frenzy 14 + food HOSTED BY Knights of Malta; @ the Den, 4538 E. Belmont Ave, Fresno - www.denfresno.com |
| Monday 8/18 - 6:30pm | Dinner & Club Meeting @ Carrows, 4280 N. Blackstone Ave, Fresno |
| Friday 8/29 - Monday 9/1 | Knights of Malta Gathering 2008 in Reno, NV - open to all - download information here (.pdf format) |
| Monday 9/15 - 6:30pm | Dinner & Club Meeting @ Carrows, 4280 N. Blackstone Ave, Fresno |
| Friday 9/26 - 9pm-midnight | Beer Bash at the Red Lantern, 4618 E. Belmont Ave, Fresno |
| Monday 10/20 - 6:30pm | Dinner & Club Meeting @ Carrows, 4280 N. Blackstone Ave, Fresno |
| Friday 10/24 (date change!) - 9pm-midnight | Beer Bash at the Red Lantern, 4618 E. Belmont Ave, Fresno |
| Monday 11/17 - 6:30pm | Dinner & Club Meeting @ Carrows, 4280 N. Blackstone Ave, Fresno |

Case 1:09-cv-00848-LJO-DLB    Document 1-8    Filed 05/12/09    Page 9 of 28

| | |
|---|---|
| Friday 11/28 - 9pm-midnight | Beer Bash at the Red Lantern, 4618 E. Belmont Ave, Fresno |
| Sunday 12/14 (tentative) - 3pm | Holiday Party @ private residence |
| Friday 12/26 - 9pm-midnight | Beer Bash at the Red Lantern, 4618 E. Belmont Ave, Fresno |

Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 10 of 28



# Yosemite Chapter of Knights of Malta

presents

# The First Lady's Christmas

## THE

## "IT'S-ONLY-ONE-DAY-AFTER-THANKSGIVING-AND-ALREADY-CHRISTMAS"

## SHOW

## Friday, November 28th 2008
## 9pm - midnight

**Beer bash ($1.50 / cup) starts at 9pm**
**Show starts at 10:15pm**

*Open to entertainers in Christmas*
*(or "fed up with Christmas") theme!*
*Music in by 9:45pm.*

**Raffle with prizes!**
**Bowling for turkeys!**
**$3 hot dogs will be sold!**

**THIS IS A FUNDRAISER!**

**All proceeds will be used to buy socks and gloves**
**for the Living Room's clients,**
**please give generously!**

**At the Red Lantern**
**4618 E Belmont, Fresno**

*Info: Kevin (559) 225-1077, Amber (559) 999-0110 or www.KofMfresno.com*

**Meetings** are usually held in restaurants. Sometimes (such as for Xmas Party) they're held at a private residence. Please email Secretary to find out where the next meeting

**Beer Busts** take place at our home bar, the Red Lantern at 4618 E Belmont Ave, on the last Friday of the month, unless otherwise noted in the calendar above. There is no door

(if marked TBA) is held. Everyone is invited to attend the meetings, but guests might be asked to leave during certain club business discussions.

charge for either the bust or the show. The beer bust is from 9pm to midnight with $1.50 per cup. The show starts at 10:15pm and is usually a variety / drag / talent / leather fantasies show. Everyone is welcome to attend, and participate in the show - see flyers at the Red Lantern for the theme of the month!

Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 12 of 28

# The Knights of Malta - Yosemite Chapter



**History   Events   Members   Gallery          Bylaws   Forms   Links   Titleholders**



*Club Officers at Installation dinner March 2008*

### Knights of Malta Officers 2008-09

President - **Kevin C.** (Lifetime member)
*kevin at kofmfresno.com*



Vice-President - **Paris N.**



Miss Central California Cheeks & Chaps 2005
Ms. Central California Cheeks & Chaps 2007
Ms. Central California Leather 2007

Host Captain - **Robert G.**                    Treasurer - **Robert C.**

Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 13 of 28



Secretary - **Rick L.**



Road Captain & Master at Arms - **Carol L.**



Leather Queen 2007, 2008



Leather King 2007, 2008

### *Full Members*
*pay dues, have voting rights, wear colors*

**Houston T. -**



Miss Central California Leather 2003

**Tom C.** (Lifetime)



### *Associate Members*
*pay dues, have no voting rights, wear colors*

**Will H.**



Mr. Central California Leather 2006

**Tom F.** (Lifetime)



**Mary K. -**



Ms. Central California Leather 2005

**Earl V.**



- Mr. Central California Leather 2000

**Ray H.**

**Ryan Y.**

Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 14 of 28



**Tony L.**



Mr. Central California Leather 2007



Mr. Central California  Leather 2008

### *Lifetime Members*
*may pay dues to have voting rights, wear colors*

**Patric H.** (inactive)



**Johnny O.** (inactive)



**Paul M.** (inactive)



**Vernon M.** (inactive)



Mr. Central California Cheeks N Chaps 2000

**Moe L.** (inactive)



**Sam C.** (inactive)

Mr. Central Valley Leather (year ?)
Miss Central Valley Leather 2005, 2006

### *Probationary Members*
*have applied to join, awaiting 3rd reading, no colors*

Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 15 of 28

### *Honorary Members*
#### *no dues, no voting rights, may wear colors*

**Virgil W.**



### *Eagles ("groupies")*
#### *no dues, no voting rights, no colors*

**Harry V. -**



Miss Central Valley Leather 1999

**Zoyer**



**Lynne M. -**



Central California Leatherboy 2005

### *First Lady*

**Amber**



# The Knights of Malta - Yosemite Chapter



**History   Events   Members   Gallery           Bylaws   Forms   Links   Titleholders**

OTHER KNIGHTS CHAPTERS

Jet Chapter Knights of Malta - Seattle, WA
Dogwood Chapter Knights of Malta -
Vancouver, BC

FRESNO, CA LINKS

The Golden State Bears of Fresno, CA
Fresno GLBT Pride
The Group In Fresno
Community Link, Newslink & Pink Pages

EVENT CALENDAR LINKS

Golden & Silver State Events
The Leather Journal
San Francisco Leather & Bear Events

OTHER CLUBS IN CA

Alameda County Leather Corps
Avatar
The Exiles
The Forum of San Francisco
Golden Gate Guards
Los Angeles Radical & Wicked Women
LOBOC MC
Palm Springs Leather Order of the Desert
Satyrs MC
Valley Knights MC
Sacramento Valley Leathermen

SUPPORTIVE BARS

San Francisco Eagle Tavern
The Den (Fresno, CA)

Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 17 of 28



### The Knights of Malta - Yosemite Chapter

History  Events  Members  Gallery          Bylaws  Forms  Links  Titleholders

---

## Leatherfest 2008 photos coming soon!

---

*Central California Leather 2007 titleholders*



***March 2007: new CCL titleholders, from left:***
Central California Leather Queen - Lisa Marie LeGrand
Central California Leather King - Rene LeGrand
Ms. Central California Leather - Paris Nicole

Case 1:09-cv-00848-LJO-DLB    Document 1-8    Filed 05/12/09    Page 18 of 28

Mr. Central California Leather - Ryan Yoshinaga

**See galleries from the Central California Leatherfest 2007 weekend (March 23-25, Fresno)**

Friday Meet & Greet

Saturday BBQ

Saturday Contest

Sunday Brunch

Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 19 of 28



The Knights of Malta - Yosemite Chapter

History   Events   Members   Gallery      Bylaws   Forms   Links   Titleholders

## Gallery of Knights of Malta's photos

The Knights organise many events and contests in town throughout the year, as well as travel to other cities to related events. Here you will find many photographs from such escapades and happenings.

Please click on a picture to proceed to the page with photos from that particular event.

**SEPTEMBER 2004**
International Assembly
Seattle, WA (2006)

Gallery only; write-up to follow soon!

International Assembly
Fresno, CA (2004)



The three Knights chapters assembled in Fresno for a weekend of fun, pool parties, day trip to Hearst Castle and Morro Bay, a sick and twisted show (you had to be there!) and more...

**AUGUST 2002**
International Assembly
Vancouver, BC (2002)



The three Knights chapters assembled in Vancouver for a weekend of shopping, food, dinner cruise on the Harbour and more...

Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 20 of 28

# Assembly 2006, Labor Day weekend, Seattle WA



Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 21 of 28



**Created by IrfanView**



𝕿𝖍𝖊 𝕶𝖓𝖎𝖌𝖍𝖙𝖘 𝖔𝖋 𝕸𝖆𝖑𝖙𝖆 - 𝖄𝖔𝖘𝖊𝖒𝖎𝖙𝖊 𝕮𝖍𝖆𝖕𝖙𝖊𝖗

History   Events   Members   Gallery        Bylaws   Forms   Links   Titleholders

# Pictures from Knights of Malta's International Assembly
# Fresno, CA September 2004

There are 200 photos from Assembly 2004. They are divided into 4 sections, Friday, Saturday, Sunday and Monday.

Click on the picture above the description to get to the page with photos from that day.

Friday                                          Saturday

    

Hospitality                                     Bus trip
Meet & Greet, BBQ                               Morning at Hearst Castle
                                                Afternoon in Morro Bay
                                                Pool Party

Sunday                                          Monday

Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 23 of 28




Breakfast
Pool Party
Formal Dinner
All-Chapter Show

Breakfast
Pool Party

Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 24 of 28



𝕿𝖍𝖊 𝕶𝖓𝖎𝖌𝖍𝖙𝖘 𝖔𝖋 𝕸𝖆𝖑𝖙𝖆 - 𝖄𝖔𝖘𝖊𝖒𝖎𝖙𝖊 𝕮𝖍𝖆𝖕𝖙𝖊𝖗

**History   Events   Members   Gallery        Bylaws   Forms   Links   Titleholders**

## Pictures from Knights of Malta's International Assembly Vancouver BC, August 2002

Please hold your mouse over a thumbnail of a picture to see the full photograph. Please wait until the picture is downloaded.



Friday 5am the Knights' carriages (Adam, Bob, Tom and Tom, Kevin, Amber, Frank, Daniel and Johnny) left Fresno for San Francisco Airport. With the weekend being the last major holiday, we wanted to be early. We all met at the airport and got checked in, then relaxed in a tavern for a while before our flight. Then it was time to fly away!

We arrived in Vancouver on time and were greeted by several of the local Knights including Gordon, their President; they had a limo waiting to whisk us downtown to the Hotel Dufferin. The Vancouver Chapter was working like busy bees getting everything set up for the weekend. We all went down to the back alley bar in the Dufferin for the Meet &

Case 1:09-cv-00848-LJO-DLB Document 1-8 Filed 05/12/09 Page 25 of 28

Greet which included snacks and strippers. Unlike in the US, the strippers in Vancouver can strip naked but you are allowed to look, not touch! We partied till midnight, then the Fresno Chapter took over and held hospitality till about sunrise; the entire hallway was full of Knights and invited guests.








*PLACE THE MOUSE
OVER ANY THUMBNAIL
AROUND THIS PICTURE*





*AND WAIT FOR THE PHOTO
TO DISPLAY*
















Saturday eye openers began at 9 am. It was fun to see everyone bleary-eyed with a few exceptions. At 10am we departed for a 3-block walk to Panama Jack's at the Holiday Inn hotel for a lovely brunch.

The staff commented that we brought the sunny California weather with us. After brunch we had time to go shopping on Davies Street and to the Pumpjack Saloon for a Beer Bust with the bears and local leathermen. Then we went back to the hotel to get ready for our formal dinner at the Holiday Inn. We walked down in our formalwear to the dinner, the food was wonderful and we turned quite a few heads in the hotel!

After dinner we went back to the Duff and got ready for the interclub show. The tension was building: Seattle went first, Vancouver went next and Fresno went last. The competition was fierce but our chapter was victorious with a 20-minute production number written by Amber, Kevin and Kirk about an evil Dominatrix, the Knights and the White Satin Dildo.

During the show water rained down on the stage from a bath overflowing upstairs in a guest's room! Later we all went back upstairs to the hospitality suite where Seattle was hosting the party. Johnny was caught playing chutes and ladders on the fire escape, and at 3:00 am we went out to get some pita sandwiches....Yum!

Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 26 of 28









**PLACE THE MOUSE
OVER ANY THUMBNAIL
AROUND THIS PICTURE**




**AND WAIT FOR THE PHOTO
TO DISPLAY**




Sunday 9am, once again everyone was rousted for eye openers and then we all walked or stumbled over to the Holiday Inn for brunch at Panama Jack's Café. Free time was given to those not attending the interclub meeting. The formal meeting went fast and at 3pm we were loading the bus, driven by Harvey from the Jet Chapter, for Granville Island.

We had fun finding a parking spot but finally everyone got out and help spot the bus into a safe place. We boarded the Yacht Rosella III for a cruise and dinner in the harbors and waterways around Vancouver and we hit some rough seas. Kevin was the first to get seasick then Adam and a few others. The owners had some medicine to help us get through the rest of the trip.

The dinner was great and went fast. Once we got back to shore we headed back to the Duff for the variety show, then the Vancouver chapter had the farewell party in the hospitality suite and by that time everyone was bushed from so much fun and frolic over the weekend.









Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 27 of 28





### PLACE THE MOUSE
### OVER ANY THUMBNAIL
### AROUND THIS PICTURE

### AND WAIT FOR THE PHOTO
### TO DISPLAY













Monday we all straggled in at 10am for the farewell breakfast hosted by the First Lady and others, dressing in 50s diners fashion. There was the grand raffle with items worth a few hundred dollars, and our Frank won it! When breakfast was over we sent everyone off that was leaving that day.

Tuesday - we lined up at 4:45am to catch the limo to the Airport. We had a gay driver that asked a lot of questions, we told him to check out the Vancouver chapter.

Overall the Assembly was a great success and a lot of fun for all; we all renewed our bonds of brother/sisterhood and showed a lot of people what it is to truly be a Knight.

**by Kevin Calwell**









Case 1:09-cv-00848-LJO-DLB   Document 1-8   Filed 05/12/09   Page 28 of 28







*PLACE THE MOUSE
OVER ANY THUMBNAIL
AROUND THIS PICTURE*



*AND WAIT FOR THE PHOTO
TO DISPLAY*







