| TO: <br><br>**Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Eastern California on the following  ☐ Patents or  ☑ Trademarks:

| DOCKET NO.<br>1:09–CV–00848–LJO–DLB | DATE FILED<br>**5/15/09** | **US District Court Eastern California**<br>**Fresno** |
|---|---|---|
| PLAINTIFF<br><br>SOVEREIGN MILITARY HOSPITALLER ORDER OF SAINT JOHN OF JERUSALEM OF RHODES AND OF MALTA, | | DEFENDANT<br><br>KNIGHTS OF MALTA, YOSEMITE CHAPTER, |
| **PATENT OR**<br>**TRADEMARK NO.** | **DATE OF PATENT**<br>**OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| **1** 2,783,934 | November 18, 2003 | Knights of Malta |
| **2** <u>See</u> Attached Complaint Filed May 12, 2009 for Additional Trademarks | December 10, 2003 | (REGISTRANT) Sovereign Military Hospitaller Order of Saint John of Jerusalem of Rhodes and of Malta SOVEREIGN NATION AND RELIGIOUS ORDER OF THE ROMAN CATHOLIC CHURCH MALTA Via dei Condotti 68 Rome ITALY I–00187 |
| **3** | | |
| **4** | | |
| **5** | | |

In the above–entitled case the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleadings | |
|---|---|---|
| **PATENT OR**<br>**TRADEMARK NO.** | **DATE OF PATENT**<br>**OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| **1** | | |
| **2** | | |
| **3** | | |
| **4** | | |
| **5** | | |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |