Allan J. Graf (SBN 057148)
CARLSMITH BALL LLP
444 South Flower Street
9th Floor
Los Angeles, CA  90071-2901
Telephone:   213.955.1200
Facsimile:    213.623.0032

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOVEREIGN MILITARY HOSPITALLER ORDER OF SAINT JOHN OF JERUSALEM OF RHODES AND OF MALTA ,<br><br>Plaintiff,<br><br>-against-.<br><br>KNIGHTS OF MALTA, YOSEMITE CHAPTER [an unincorporated association pursuant to Cal. Corp. Code §18035(a)],<br><br>Defendant. | CASE NO. 1:09-CV-00848-LJO-DLB<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, Sovereign Military Hospitaller Order of Saint John of Jerusalem of Rhodes and of Malta ("the Sovereign Order"), certifies that the Sovereign Order is recognized as a sovereign entity under international law with diplomatic relations with 110 nations and that the Sovereign Order has no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

| | |
|---|---|
| Dated: May 20, 2009 | Carlsmith Ball LLP |
| | By: s/Allan J. Graf |
| | Allan J. Graf |
| | Attorneys for Plaintiff |