# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SOVEREIGN MILITARY HOSPITALLER
ORDER OF SAINT JOHN OF JERUSALEM OF
RHODES AND OF MALTA,

V.    **SUMMONS IN A CIVIL CASE**

KNIGHTS OF MALTA, YOSEMITE CHAPTER,

CASE NO: 1:09-CV-00848-LJO-DLB

TO: **Knights of Malta, Yosemite Chapter**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**Allan J. Graf
Carlsmith Ball LLP
444 South Flower Street
Los Angeles, CA 90071**

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

VICTORIA C. MINOR
CLERK

/s/ E. Flores

(By) DEPUTY CLERK



ISSUED ON 2009-05-18 14:48:56.0, Clerk
USDC EDCA

## RETURN OF SERVICE

Service of the Summons and complaint was made by me (1)  
DATE: MAY 28, 2009

NAME OF SERVER (PRINT): LYNDA Stephenson  
TITLE: Registered Process Server

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Kevin Caldwell, President 2530 West Fountain Way, Apartment 211, Fresno, California 93705

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY 28, 2009  
Date

Signature of Server: Lynda Stephenson  
Fresno County 2005100000021

Address of Server: 2547 West Shaw Avenue, Fresno, California 93711