1 | Knights of Malta, Yosemite Chapter
P.O. Box 4162
2 | Fresno, CA 93744
Tel: (559) 903-5684
3

**FILED**

JUL 15 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___J. HELLINGS___
DEPUTY CLERK

4 | United States District Court
Eastern District of California
5 | Fresno Division

6

7 | Sovereign Military Hospitaller       ) Case No.: 1:09-CV-00848-LJO-DLB
                                         )
8 | Order of Saint John of Jerusalem     ) Answer
                                         )
9 | Of Rhodes and of Malta,              )
                                         )
10 |           Plaintiff,                )
                                         )
11 |     vs.                             )
                                         )
12 | The Knights of Malta, Yosemite

13 | Chapter [an unincorporated

14 | association pursuant to Cal. Corp.

15 | Code 18035(a)],

16 |           Defendant

17 | _____

18

19

20

21 |                                      Dated this 14th day of July 2009

22 |                                      _____

23

24

25

26

[**Summary of pleading**] – 1

1  Defendant The Knights of Malta Yosemite Chapter herby denies each and every

2  allegation of the within complaint, and prays that plaintiffs take nothing by

3  their complaint.

4

5

6  The Knights of Malta Yosemite Chapter

7

8  _____

9  By Tony Lane

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COURT:      IN THE UNITED STATES DISTRICT COURT

            EASTERN DISTRICT OF CALIFORNIA

            FRESNO DIVISION

CASE:       Sovereign Military Hospitaller

            Order of Saint John of Jerusalem

            Of Rhodes and of Malta V. The Knights of Malta
            Yosemite Chapter [an unincorporated association
            pursuant to Cal. Corp. Code 18035(a)]

CASE NO.  1:09-CV-00848-LJO-DLB

DECLARATION OF SERVICE BY MAIL.

I the undersigned, declare:

I am a citizen of the United States; I am over the age of
eighteen and not a party to the within cause or proceeding. My
business address is 5336 N. Valentine #204, Fresno, CA 93711

On July 15th 2009 I served a true copy of the following:

**ANSWER TO COMPLAINT**

By mail by depositing the same in the United States Mailto the
below named person at the below-stated address.

      Allan J. Graff, Cal. State Bar No. 057148

      Carlsmith, Ball LLP

      444 South Flower Street

      Los Angeles, CA 90071

I declare under penalty of perjury that the foregoing is true
and correct and that this declaration is executed on July 15,
2009 at Fresno, California.

_____

Tony Lane