IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOVEREIGN MILITARY HOSPITALLER ORDER OF SAINT JOHN OF JERUSALEM OF RHODES AND OF MALTA,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>KNIGHTS OF MALTA, YOSEMITE CHAPTER,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV F 09-848 LJO SMS<br><br>**ORDER AFTER NOTICE OF SETTLEMENT** |

　　　　Plaintiff Sovereign Military Hospitaller Order of Saint John of Jerusalem of Rhodes and of Malta ("Order of Malta"), by and through their attorney of record, and defendant Knights of Malta, Yosemite Chapter ("KOM Yosemite"), notified this Court by stipulation that the parties have agreed to settlement this matter. Stipulation and Proposed Order (Doc. 12) (August 18, 2009). The parties stipulate, *inter alia*, as follows:

　　　　1.　　Order of Malta and KOM Yosemite have agreed in principle to settle this case by having the Court enter a permanent injunction against KOM Yosemite and its officers, members, employees and agents from using the registered service marks of Order of Malta;

　　　　2.　　Order of Malta and KOM Yosemite are working to prepare and draft a Stipulation of Settlement for entry of an Order to grant Order of Malta the permanent injunction described in the previous paragraph; and

      3.      In the event Order of Malta and KOM Yosemite have not executed and filed with the Court a Stipulation for Settlement and for Entry of Permanent Injuction by August 31, 2009, the Court shall re-set the pending hearing on Order of Malta's motion to strike and the mandatory scheduling conference.

Based on the parties' August 18, 2009 stipulation and proposed order, this Court:

      1.      STAYS the pending motion to strike defendants' answer;

      2.      VACATES the September 1, 2009 motion hearing and September 1, 2009 mandatory scheduling conference; and

      3.      ORDERS the parties to file, **no later than August 31, 2009**, a Stipulation for Settlement.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  See Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   August 18, 2009**                    **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE