CARLSMITH BALL LLP
Allan J. Graf (SBN 057148)
444 South Flower Street, 9th Floor
Los Angeles, CA  90071-2901
Tel.: 213.955.1200; Fax: 213.623.0032
Email: agraf@carlsmith.com

Attorneys for Plaintiff SOVEREIGN MILITARY HOSPITALLER ORDER OF SAINT JOHN OF JERUSALEM OF RHODES AND OF MALTA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT—FRESNO DIVISION

| | |
|---|---|
| SOVEREIGN MILITARY HOSPITALLER ORDER OF SAINT JOHN OF JERUSALEM OF RHODES AND OF MALTA,<br><br>Plaintiff,<br><br>v.<br><br>THE KNIGHTS OF MALTA, YOSEMITE CHAPTER [an unincorporated association pursuant to Cal. Corp. Code § 18035(a)],<br><br>Defendant. | CASE NO. 1:09-CV-00848-LJO-DLB<br><br>**STIPULATION OF SETTLEMENT AND FOR ENTRY OF PERMANENT INJUNCTION** |

Plaintiff, Sovereign Military Hospitaller Order of Saint John of Jerusalem of Rhodes and of Malta (hereinafter referred to as "Plaintiff Sovereign Order of Malta"), and Defendant, The Knights of Malta, Yosemite Chapter, a California unincorporated association pursuant to Cal. Corp. Code §18035(a) ("Defendant Yosemite Chapter"), parties in the above entitled action, hereby stipulate and agree as follows:

1. Plaintiff Sovereign Order of Malta is the authorized licensee of the following service marks:

1       A.    KNIGHTS OF MALTA, United States Registration No. 2,783,934;

      B.    DESIGN OF EIGHT (8)-POINTED CROSS ON SHIELD ("the Maltese Cross"), United States Registration No. 2,799,898,

[shield with eight-pointed Maltese Cross];

      C.    ORDER OF MALTA, United States Registration No. 2,799,899;

      D.    SOVEREIGN ORDER OF MALTA, United States Registration No. 2,790,640;

      E.    SOVEREIGN MILITARY ORDER OF MALTA, United States Registration No. 2,799,897; and

      F.    SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, United States Registration No. 2,783,933.

2. The foregoing registered service marks (collectively, the "Marks") have acquired secondary meaning by reason of their longstanding use by Plaintiff Sovereign Order of Malta in the United States and worldwide and by its authorized licensees to promote Plaintiff Sovereign Order of Malta's charitable services.

3. The Marks are valid and enforceable.

4. Within thirty (30) days after the date of this Order, Defendant Yosemite Chapter shall deliver notice and proof to Plaintiff that Defendant Yosemite Chapter has: (a) permanently changed the name of Defendant Yosemite Chapter unincorporated association so as not to contain any reference to "Knights of Malta," "Order of Malta," "Malta," "St. John of Jerusalem," and /or "Hospitaller;" and (b) removed from Defendant Yosemite Chapter's website, www.kofmfresno.com, (i) all displays or references to the Knights of Malta, Order

of Malta, the design of 8-pointed Cross on Shield, the Maltese Cross, Malta, Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, (ii) any other term that suggests or implies association with or membership in Plaintiff Sovereign Order of Malta, and (iii) the history of Plaintiff Sovereign Order of Malta, or suggestion or implication that the history of Defendant Yosemite Chapter is connected to or associated with Plaintiff Sovereign Order of Malta.

5. Defendant Yosemite Chapter and each of its, officers, members, employees, agents and representatives shall cease and desist from any and all use or display of any of the Marks as or as part of any trademark, trade name, corporate name, association name or service mark or as a component of any trademark, trade name, corporate name, association name or service mark for any purpose.

6. Within thirty (30) days after the date of this Order, Defendant Yosemite Chapter shall destroy all documents, brochures, memorabilia, medallions, patches, banners, flags, and other tangible materials bearing or displaying any of the Marks.

7. If Defendant Yosemite Chapter fails to comply with the terms of paragraphs 4 and 6 hereof within thirty (30) days after the date of this Order, then Defendant Yosemite Chapter shall pay to Plaintiff the additional sum of $10,000 as Plaintiff's attorneys' fees and costs incurred herein in addition to complying with such terms forthwith.

8. Except as provided in paragraph 7, the parties each shall bear their own respective costs and attorneys' fees incurred to date in this action.

9. The Court may enter an Order and Permanent Injunction substantially in the form of Exhibit "A" to this Stipulation of Settlement and for Entry of Permanent Injunction.

10. The Court shall retain continuing jurisdiction over this matter to interpret and enforce this Stipulation and Order. If any proceeding is brought to interpret or enforce this Stipulation and Order, the prevailing party as determined

by the Court shall be awarded its reasonable attorneys' fees and costs incurred in such proceeding.

11. This Stipulation shall become effective upon entry thereof by the Court.

IT IS SO STIPULATED.

Dated: August 27, 2009          CARLSMITH BALL LLP


By: /s/ Allan J. Graf
    Allan J. Graf
    Attorneys for Plaintiff
    SOVEREIGN MILITARY
    HOSPITALLER ORDER OF
    SAINT JOHN OF JERUSALEM OF
    RHODES AND OF MALTA

Dated: August 26, 2009          THE KNIGHTS OF MALTA,
                                YOSEMITE CHAPTER


By: /s/ Tony Lane
    Tony Lane, President

**PROOF OF SERVICE BY MAIL AND E-MAIL**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, 9th Floor, Los Angeles, California 90071-2901. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 27, 2009, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

> STIPULATION OF SETTLEMENT AND FOR ENTRY OF PERMANENT INJUNCTION

in a sealed envelope, postage fully paid, addressed as follows:

> The Knights of Malta, Yosemite Chapter
> c/o Tony Lane
> P.O. Box 4162
> Fresno, CA 93744

> The Knights of Malta, Yosemite Chapter
> c/o Tony Lane
> 5336 North Valentine # 204
> Fresno, CA 93711

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I also sent by e-mail a true and correct copy of the within document to the following e-mail address: Tony Lane [lane.tony@comcast.net].

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 27, 2009, at Los Angeles, California.

/s/ Emily K. Hayes
_____
Emily K. Hayes