**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOVEREIGN MILITARY HOSPITALLER ORDER OF SAINT JOHN OF JERUSALEM OF RHODES AND OF MALTA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KNIGHTS OF MALTA, YOSEMITE CHAPTER,<br><br>　　　　Defendant.　　　　　　／ | CASE NO. CV F 09-848 LJO SMS<br><br>**PERMANENT INJUNCTION ORDER** |

　　By the Stipulation of Settlement and for Entry of Permanent Injunction signed and dated August 27 and 26, 2009, by Plaintiff Sovereign Military Hospitaller Order of Saint John of Jerusalem of Rhodes and of Malta (hereinafter referred to as "Plaintiff Sovereign Order of Malta") and Defendant The Knights of Malta, Yosemite Chapter, a California unincorporated association pursuant to Cal. Corp. Code §18035(a) (hereinafter referred to as "Defendant Yosemite Chapter"), respectively, which was filed with this Court on August 27, 2009, the Plaintiff Sovereign Order of Malta and Defendant Yosemite Chapter stipulated and agreed to the entry of an Order and Permanent Injunction by this Court against Defendant Yosemite Chapter permanently and forever enjoining Defendant Yosemite Chapter from using or displaying the following service marks of which Plaintiff Sovereign Order of Malta is the registered owner and the authorized licensee (hereinafter collectively referred to as the "Marks"):

1. Knights of Malta, United States Registration No. 2,783,934;

2. Design of Eight (8)-Pointed Cross on Shield ("the Maltese Cross"), United States Registration No. 2,799,898,

 ;

3. Order of Malta, United States Registration No. 2,799,899;

4. Sovereign Order of Malta, United States Registration No. 2,790,640;

5. Sovereign Military Order of Malta, United States Registration No. 2,799,897; and

6. Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, United States Registration No. 2,783,933.

On proof made to the Court's satisfaction, the Court finds as follows:

1. The Marks have acquired secondary meaning by reason of their longstanding use by Plaintiff Sovereign Order of Malta in the United States and worldwide and by its authorized licensees to promote Plaintiff's charitable services.

2. The Marks are valid and enforceable by Plaintiff Sovereign Order of Malta.

On proof made to the Court's satisfaction and good cause appearing,

IT IS ORDERED THAT Defendant Yosemite Chapter and each of its officers, members, employees, agents and representatives and all persons acting in concert or participating with them, are permanently and forever enjoined and restrained from using or displaying any of the Marks as or as part of any trademark, trade name, corporate name, association name or service mark or as a component of any trademark, trade name, corporate name, association name or service mark for any purpose.

IT IS FURTHER ORDERED THAT Defendant Yosemite Chapter and each of its officers, members, employees, agents and representatives and all persons acting in concert or participating with them are required and ordered to do the following:

1.   Within thirty (30) days after the date of this Order, Defendant Yosemite Chapter shall deliver notice and proof to Plaintiff Sovereign Order of Malta that Defendant Yosemite Chapter has: (a) permanently changed the name of Defendant Yosemite Chapter unincorporated association so as not to contain any reference to "Knights of Malta," "Order of Malta," "Malta," "St. John of Jerusalem," and /or "Hospitaller;" and (b) removed from Defendant Yosemite Chapter's website, www.kofmfresno.com, (i) all displays or references to the Knights of Malta, Order of Malta, the design of 8-pointed Cross on Shield, the Maltese Cross, Malta, Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, (ii) any other term that suggests or implies association with or membership in Plaintiff Sovereign Order of Malta, and (iii) the history of Plaintiff Sovereign Order of Malta, or suggestion or implication that the history of Defendant Yosemite Chapter is connected to or associated with Plaintiff Sovereign Order of Malta.

2.   Within thirty (30) days after the date of this Order, Defendant Yosemite Chapter shall destroy all documents, brochures, memorabilia, medallions, patches, banners, flags, and other tangible materials bearing or displaying any of the Marks.

3.   If Defendant Yosemite Chapter fails to comply with the terms of this Order and Permanent Injunction within thirty (30) days of entry thereof, then Defendant Yosemite Chapter shall pay to Plaintiff Sovereign Order of Malta the additional sum of $10,000 as attorneys' fees and costs incurred herein in addition to complying with such terms forthwith.

IT IS FURTHER ORDERED that the Court shall retain continuing jurisdiction over this matter to interpret and enforce the Stipulation of Settlement and for Entry of Permanent Injunction and the Order thereon and that if any proceeding is brought to interpret or enforce the Stipulation of Settlement and for Entry of Permanent Injunction and this Order and Permanent Injunction, the prevailing party as determined by the Court shall be awarded its reasonable attorneys' fees and costs incurred in such proceeding.

IT IS SO ORDERED.

**Dated:   August 28, 2009**          /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE