IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOVEREIGN MILITARY HOSPITALLER ORDER OF SAINT JOHN OF JERUSALEM OF RHODES AND OF MALTA,<br><br>Plaintiff,<br><br>vs.<br><br>KNIGHTS OF MALTA, YOSEMITE CHAPTER,<br><br>Defendant._____/ | CASE NO. CV F 09-848 LJO SMS<br><br>**ORDER TO DISMISS AND CLOSE ACTION** |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. 18), this Court DISMISSES this entire action without prejudice. The Court shall retain continuing jurisdiction to interpret the Permanent Injunction Order, entered by this Court pursuant to the parties' Stipulation of Settlement and for Entry of Permanent Injunction.

The Court VACATES all pending matters and TERMINATES all pending motions, including Plaintiff's motion to strike defendant's answer (Doc. 11).

The Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:     August 28, 2009                        /s/ Lawrence J. O'Neill**
                                                                     UNITED STATES DISTRICT JUDGE

1